IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC, on behalf of plaintiff and the class members defined herein,<br><br>Plaintiff,<br><br>v.<br><br>TOLGA U. URAL, d/b/a Imagine Media Partners, LLC and Clinical Referral Directories; KERRY O'ROURKE BAADER; and JOHN DOES 1-10,<br><br>Defendants. | Case No.  1:21-cv-01565<br><br>Judge:  Hon. John Robert Blakey |

## STIPULATION OF DISMISSAL

Plaintiff Able Home Health, LLC ("Plaintiff") and Defendants Tolga U. Ural d/b/a Imagine Media Partners, LLC and Clinical Referral Directories and Kerry O'Rourke Baader (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff dismisses its class claims against Defendants without prejudice and without costs. Plaintiff dismisses its claims against defendant John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus<br>Daniel A. Edelman<br>Heather Kolbus<br>EDELMAN, COMBS, LATTURNER<br>    & GOODWIN, LLC<br>20 S. Clark Street, Suite 1500<br>Chicago, IL 60603<br>(312) 739-4200<br>(312) 419-0379 (FAX) | _____<br>Kevin B. O'Rourke<br>KEVIN O'ROURKE, P.C.<br>7819 W. Lawrence<br>Norridge, IL  60706<br>(312) 541-2802 |

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, hereby certify that, on November 2, 2021, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notification to be sent by e-mail to the following party:

Kevin O'Rourke
KEVIN O'ROURKE, P.C.
7819 West Lawrence Avenue
Norridge, IL  60706
kevin@kevinorourkelaw.com

I further certify that I caused a true and accurate copy of the foregoing document to be served via e-mail and U.S. mail to the following party:

Defendant Tolga U. Ural
c/o A. Paul Heeringa
MANATT, PHELPS & PHILLIPS, LLP
151 North Franklin Street, Suite 2600
Chicago, IL  60606
pheeringa@manatt.com

             s/ Heather Kolbus
             Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)