UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Able Home Health, LLC

                          Plaintiff,

v.                                                  Case No.: 1:21−cv−01565
                                                             Honorable John Robert Blakey

Tolga U. Ural, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 16, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' stipulation [27], the Court hereby dismisses this case with prejudice as to Plaintiff's individual claims against Defendants Tolga U. Ural d/b/a Imagine Media Partners, LLC and Clinical Referral Directories and Kerry O'Rourke Baader and without prejudice as to the putative class claims against these Defendants and as to any claims against Doe Defendants. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.